# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **DSS Technology Management, Inc.** § § § | | |
| *Plaintiff,* § | Civil Action No. 6:15-cv-0692 | |
| v. § | LEAD CASE | |
| § | | |
| **Qualcomm Incorporated, et al.;** § § | | |
| *Defendants.* § | | |

| | | |
|---|---|---|
| **DSS Technology Management, Inc.** § § § | | |
| *Plaintiff,* § | Civil Action No. 6:15-cv-0691 | |
| v. § § | | |
| **SK hynix, Inc.;** § | | |
| **SK hynix America, Inc.;** § | | |
| **SK hynix memory solutions, Inc.;** § | | |
| **Hynix Semiconductor Manufacturing** § | | |
| **America Inc.** § § | | |
| *Defendants.* § | | |

## ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS SK HYNIX, INC.; SK HYNIX AMERICA, INC.; SK HUNIX MEMORY SOLUTIONS, INC.; AND HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.

Having considered the Agreed Motion to Dismiss Defendants SK hynix, Inc., SK hynix America Inc., SK hynix memory solutions, Inc. and Hynix Semiconductor Manufacturing America, Inc. with Prejudice (Dkt. No. 62), the Court finds that this Motion should be and is hereby GRANTED. It is, therefore, ORDERED that in the above-entitled cause all claims made by DSS Technology Management, Inc. against Defendants SK hynix, Inc., SK hynix America Inc., SK hynix memory solutions, Inc. and Hynix Semiconductor Manufacturing America, Inc. are hereby DISMISSED with prejudice to the re-filing of same.

It is further ORDERED that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same. Other than SK hynix, Inc., SK hynix America Inc., SK hynix memory solutions, Inc. and Hynix Semiconductor Manufacturing America, Inc., ("SK hynix") Defendants, no other Defendants shall be dismissed as a result of this Order.

**So ORDERED and SIGNED this 20th day of September, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE